IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSICA GREER**                                                                          **PLAINTIFF**

v.                           NO. 4:23-cv-00327-PSH

**KILOLO KIJAKAZI, Acting Commissioner of**                              **DEFENDANT**
**the Social Security Administration**

### ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). See Docket Entry 12. For good cause shown, the motion is granted. This case is reversed and remanded in accordance with the terms outlined by the Commissioner and pursuant to sentence four of 42 U.S.C. 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Jessica Greer's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE