IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSICA GREER                                                                                    PLAINTIFF

v.                              NO. 4:23-cv-00327-PSH

KILOLO KIJAKAZI, Acting Commissioner of                                      DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Jessica Greer.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE